OPINION — AG — ** SCHOOL DISTRICT — PERSONAL BUSINESS LEAVE ** A LOCALLY NEGOTIATED PERSONAL BUSINESS LEAVE POLICY WHICH PROVIDES TWO(2) DAYS LEAVE WITH NO SALARY DEDUCTION DOES `NOT' COMPLY WITH THE MINIMUM STATUTORY REQUIREMENTS SET FORTH AT 70 O.S. 6-104 [70-6-104] FOR PERSONAL LEAVE. (NEGOTIATIONS, TEACHERS, POLICY) CITE: 70 O.S. 6-104 [70-6-104] (KAY HARLEY JACOBS)